UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 09-23687-CIV-UNGARO

PETER SUMICHRAST,

    Plaintiff,

v.

TAREK KIRSCHEN, *et al.*,

    Defendants.

_____/

### ORDER ON MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT

THIS CAUSE is before the Court on Plaintiff's Motion and Incorporated Memorandum of Law for Final Default Judgment, filed on February 5, 2010. (D.E. 10.)

THIS COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises.  Plaintiff filed its Complaint on December 11, 2009 and filed a returns of service as to Defendants on January 14, 2010, evidencing service of process on both Defendants on December 23, 2009.  (D.E. 5 & 6.)  Clerk's Defaults were entered against Defendants on January 25, 2010.  (D.E. 9.)  Accordingly, it is hereby

ORDERED and ADJUDGED that the Motion (D.E. 10) is GRANTED as follows. Plaintiff is awarded $187,797.00 in damages, consisting of threefold the actual damages sustained ($62,599.00), plus statutory interest.  The Court will separately enter its Final Default Judgment.

DONE AND ORDERED in Chambers at Miami, Florida, this _8th_ day of February, 2010

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies provided: counsel of record